**Exhibit A**

Table of Last-Observed Infringements by Defendants of Evasive Angles Entertainment's Copyright in the Motion Picture "Black Street Hookers 99," Copyright Reg. No. PA0001736452

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.31.32.197 | 2011-10-06 16:26:19 -0400 | Sprint PCS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 2 | 108.107.135.226 | 2011-10-06 15:09:49 -0400 | Sprint PCS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 3 | 108.33.35.129 | 2011-10-26 14:05:55 -0400 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 4 | 108.9.246.140 | 2011-10-28 21:42:44 -0400 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 5 | 162.40.213.77 | 2011-12-12 04:12:35 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 6 | 162.40.215.33 | 2011-12-12 05:27:12 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 7 | 162.40.215.36 | 2011-12-11 22:34:57 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 8 | 162.40.215.81 | 2011-12-11 22:02:06 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 9 | 173.170.197.156 | 2011-11-10 15:08:09 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 10 | 173.65.202.247 | 2011-11-02 02:39:37 -0400 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 11 | 173.65.232.34 | 2011-11-11 16:42:10 -0500 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 12 | 173.65.238.236 | 2011-12-08 13:28:26 -0500 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 13 | 173.78.32.51 | 2011-10-10 13:09:02 -0400 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 14 | 174.131.112.181 | 2011-12-11 17:03:40 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 15 | 174.131.112.237 | 2011-12-12 04:21:30 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 16 | 174.131.113.98 | 2011-12-11 23:58:50 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 17 | 174.131.118.131 | 2011-12-11 19:46:34 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 18 | 174.131.122.151 | 2011-12-11 23:52:28 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 19 | 174.131.123.189 | 2011-12-12 04:41:25 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 20 | 174.131.123.86 | 2011-12-11 04:17:27 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 21 | 174.131.127.176 | 2011-12-11 22:58:30 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 22 | 174.131.32.99 | 2011-12-11 01:31:24 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 23 | 174.131.36.182 | 2011-12-12 07:44:36 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 24 | 174.131.42.113 | 2011-12-11 18:48:58 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 25 | 174.131.42.89 | 2011-12-12 05:08:41 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 26 | 174.131.45.157 | 2011-12-11 20:57:31 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 27 | 174.131.47.233 | 2011-12-12 01:10:22 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |

| Doe 28 | 174.131.48.3 | 2011-12-11 16:39:40 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
|---|---|---|---|---|---|
| Doe 29 | 174.131.50.38 | 2011-12-11 19:29:27 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 30 | 174.131.52.165 | 2011-12-11 22:28:05 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 31 | 174.131.53.94 | 2011-12-12 09:51:47 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 32 | 174.131.54.37 | 2011-12-12 08:16:29 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 33 | 174.131.56.104 | 2011-12-12 02:59:50 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 34 | 174.131.61.178 | 2011-12-12 04:18:53 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 35 | 174.131.63.9 | 2011-12-12 03:19:34 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 36 | 174.131.70.182 | 2011-12-12 06:05:30 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 37 | 174.131.72.147 | 2011-12-11 13:51:26 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 38 | 174.131.74.152 | 2011-12-11 21:43:57 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 39 | 174.131.81.124 | 2011-12-12 04:06:17 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 40 | 174.131.86.216 | 2011-12-11 23:07:49 -0500 | WINDSTREAM COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 41 | 184.88.163.252 | 2011-11-14 15:27:27 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 42 | 24.92.13.0 | 2011-10-20 08:56:33 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 43 | 24.92.213.118 | 2011-10-03 14:10:25 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 44 | 65.32.115.151 | 2011-11-12 01:19:51 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 45 | 66.176.169.253 | 2011-10-24 11:07:32 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 46 | 66.177.199.202 | 2011-10-17 18:31:47 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 47 | 66.177.98.113 | 2011-10-23 14:42:59 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 48 | 66.229.75.164 | 2011-10-05 23:59:35 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 49 | 67.190.199.63 | 2011-10-06 23:59:58 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 50 | 67.191.15.242 | 2011-10-05 15:09:21 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 51 | 67.8.130.162 | 2011-10-27 17:32:11 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 52 | 68.200.69.45 | 2011-10-13 03:10:05 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 53 | 68.202.91.111 | 2011-11-27 22:27:56 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 54 | 68.205.121.126 | 2011-11-30 12:05:37 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 55 | 68.35.241.235 | 2011-10-06 15:09:49 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 56 | 68.59.78.107 | 2011-10-13 09:12:22 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 57 | 68.63.2.143 | 2011-10-28 14:05:32 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 58 | 68.63.226.112 | 2011-10-10 23:59:48 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 59 | 69.180.127.194 | 2011-10-04 14:06:12 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 60 | 70.119.106.197 | 2011-10-17 10:11:28 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 61 | 70.126.15.224 | 2011-11-01 13:49:25 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 62 | 70.188.232.61 | 2011-11-25 20:02:02 -0500 | COX COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 63 | 70.191.246.231 | 2011-12-12 23:51:42 -0500 | COX COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |

| Doe 64 | 71.100.156.150 | 2011-10-22 03:07:27 -0400 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| --- | --- | --- | --- | --- | --- |
| Doe 65 | 71.180.77.209 | 2011-11-17 11:56:21 -0500 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 66 | 71.197.56.233 | 2011-10-09 21:09:52 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 67 | 72.184.18.136 | 2011-12-04 03:10:59 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 68 | 72.184.205.228 | 2011-10-08 19:09:59 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 69 | 72.185.146.7 | 2011-10-17 05:11:56 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 70 | 72.185.97.114 | 2011-11-06 20:11:21 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 71 | 72.185.99.129 | 2011-11-30 14:24:42 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 72 | 72.186.97.165 | 2011-11-30 04:40:31 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 73 | 72.187.149.204 | 2011-12-07 18:03:26 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 74 | 72.189.144.125 | 2011-10-17 21:07:22 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 75 | 72.216.40.250 | 2011-11-13 02:05:35 -0500 | COX COMMUNICATIONS | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 76 | 76.106.216.116 | 2011-10-09 12:51:30 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 77 | 76.108.27.127 | 2011-10-05 16:53:02 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 78 | 76.108.27.152 | 2011-10-28 22:26:22 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 79 | 76.110.104.40 | 2011-10-27 10:17:12 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 80 | 76.18.229.71 | 2011-10-03 19:32:37 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 81 | 76.26.171.27 | 2011-10-28 23:40:30 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 82 | 76.26.184.136 | 2011-10-05 01:52:28 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 83 | 96.243.200.120 | 2011-11-28 14:22:06 -0500 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 84 | 96.254.113.152 | 2011-10-14 19:38:21 -0400 | Verizon Internet Services | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 85 | 97.101.205.204 | 2011-12-06 09:11:24 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 86 | 97.96.162.24 | 2011-10-20 15:26:09 -0400 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 87 | 97.96.90.184 | 2011-11-18 21:12:08 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 88 | 97.97.2.162 | 2011-12-06 23:56:40 -0500 | Road Runner | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 89 | 98.230.34.225 | 2011-10-29 12:51:43 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 90 | 98.231.34.198 | 2011-10-05 03:10:00 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 91 | 98.242.233.198 | 2011-10-24 16:55:14 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 92 | 98.249.147.230 | 2011-10-25 18:14:45 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |
| Doe 93 | 98.254.19.101 | 2011-10-10 15:09:55 -0400 | Comcast Cable | BitTorrent | 7c62c040f9e5f4c017154a7d30b8466db947e86a |